IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL SMITH, | Civil Action No. |
| Plaintiff, | 25-cv-539 |
| v. | (Judge Bissoon) |
| SANGAN TRADING, *et al.,* | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through its undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants: Blackberry Canvas Painting Shop, Floral Wall Décor, LuoWallArt, Greey Wall Art, LvF Wall Art, Rainbow bunny wall art, Amber Wall Art, Gummybear Wall Art, Orange poster art, Silver Stream Wall Art, Lab Wall Art, Fun Supply Wall Art with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: June 12, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC

409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff