IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL SMITH, <br><br> Plaintiff, <br> v. <br><br> SANGAN TRADING, *et al.,* <br><br> Defendants. | Civil Action No. <br><br> 25-cv-539 <br><br> (Judge Bissoon) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through its undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants: OHIGOU, HD ART SHOP, Art Gallerys, SuSu Art Shop, Artistic creator, Canvas Heaven, TREASUER ILAND, Holiday decoration posters with each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: June 12, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

- 2 -

Attorney for Plaintiff