**Daniel Smith 25-00539**

**SCHEDULE A**

| No. | Store/Seller Name | Seller ID |
|---|---|---|
| 1 | Sangan Trading | 634418219779990 |
| 4 | Artful Livin Wall Wonders Aesthetic Haven | 634418219383612 |
| 5 | OYZW painting poster expert | 634418220317006 |
| 6 | FANTTACY Wall Art | 634418215968900 |
| 7 | Trendy paintings ART | 634418218029404 |
| 13 | ailiaih | 634418218669454 |
| 16 | ailiaif | 634418218669357 |
| 17 | Canvas Classics | 634418219509905 |
| 23 | CJP Decorative paintings and posters | 634418220334728 |
| 24 | YF Art and Aesthetics | 634418220429715 |
| 26 | Decor Eyes | 634418212153739 |
| 28 | ZhengBrightLoong | 634418219532150 |
| 29 | Renaissance Rewind | 634418219430680 |
| 30 | ZY decorative painting | 634418220334811 |
| 31 | MeiYan Trade | 634418219787240 |
| 32 | MeiYun Trading | 634418219853027 |
| 33 | HanlinAca ART | 634418219744486 |
| 34 | Canvas Classics One | 634418219573843 |
| 35 | Innterval ART | 634418219630103 |
| 38 | LPF Art Workshop | 634418220430081 |
| 40 | Decorative Painting Superman | 634418219571237 |
| 42 | SailCanvas | 634418218392789 |
| 43 | Artistlifehappy | 634418218569005 |
| 44 | wang li Art poster | 634418218252643 |
| 48 | CHEN JIAN MING TIN | 634418220169743 |
| 50 | WANG DE FO Art Decor | 634418218918277 |
| 51 | Oil painting Xiao Wang | 634418219349495 |
| 52 | arrebolcl ART | 634418218752860 |
| 55 | HE gallery | 634418218195972 |
| 56 | YA CHUN aluminum plaque | 634418218869828 |